UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALPHONSO SYVILLE,<br><br>                             Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                             Defendants. | 22-CV-8009 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 29, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 29, 2023
            New York, New York

                                                                        /s/ Laura Taylor Swain
                                                                        LAURA TAYLOR SWAIN
                                                                Chief United States District Judge